# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES EDWARD JONES, SR.**          **PETITIONER**
**ADC #144544**

v.          No. 5:19-cv-22-DPM-BD

**WENDY KELLEY, Director, Arkansas**
**Department of Correction**          **RESPONDENT**

## ORDER

I recuse. Charles Edward Jones, Sr. is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 January 2019