IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES EDWARD JONES, SR.
ADC #144544                                                                                    PLAINTIFF

v.                          Case No. 5:19-cv-00022-KGB

WENDY KELLEY, Director
Arkansas Department of Correction                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice. The relief requested is denied.

So adjudged this 18th day of February, 2020.

Kristine G. Baker
United States District Judge